IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD, JR., | No. C 13-4878 LHK (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNKNOWN, | |
| Defendant. | |

The court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/6/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

G:\PRO-SE\LHK\CR.13\Broussard878jud.wpd