IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD, JR., | No. C 13-4878 LHK (PR) |
| Plaintiff, | ORDER DISMISSING PENDING MOTIONS |
| v. | |
| SUPERIOR COURT JUDGE, et al., | |
| Defendants. | |

Plaintiff, a California state prisoner proceeding *pro se*, filed a prisoner's civil rights action under 42 U.S.C. § 1983. On December 6, 2013, the court dismissed the case and entered judgment because plaintiff failed to timely pay the filing fee or file a motion for leave to proceed in forma pauperis.

On December 23, 2013, plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals. On January 2, 2014, the Ninth Circuit Court of Appeals assigned a case number to plaintiff's appeal and set a briefing schedule. On January 6, 2014, plaintiff filed a motion for reconsideration in this court. On March 26, 2014, plaintiff filed a motion for transcripts to be paid at the government's expense.

Once plaintiff files a notice of appeal, "the rule has generally been stated that the filing of a notice of appeal divests the district court of jurisdiction to dispose of the motion after an appeal has been taken, without a remand from this court." *Scott v. Younger*, 739 F.2d 1464, 1466 (9th

Order Dismissing Pending Motions
P:\PRO-SE\LHK\CR.13\Broussard878postjud.wpd

Case 5:13-cv-04878-LHK   Document 26   Filed 04/14/14   Page 2 of 2

Cir. 1984) (citation omitted). Thus, plaintiff's motions, filed after he noticed an appeal, are dismissed for lack of jurisdiction.

No further filings will be accepted in this closed case.

IT IS SO ORDERED.

DATED: 4/12/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

P:\PRO-SE\LHK\CR.13\Broussard878postjud.wpd     2